UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LAZARO MORALES DELGADO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2020

19 Cr. 900 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for May 13, 2020 at 2:00 p.m. is RESCHEDULED to **May 13, 2020**, at **10:00 a.m.**

    SO ORDERED.

Dated: January 27, 2020
       New York, New York

                                  ANALISA TORRES
                                United States District Judge