```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
                                    :
     -against-                      :    ORDER 1:19-cr-00900-AT-1
                                    :
Lazaro Morales Delgado              :
                                    :
        Defendant                   :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2020

Analisa Torres, United States District Judge:

ORDERED that the defendant's bail conditions be modified to include travel to the District of Connecticut for employment purposes only. All other release conditions shall remain in effect.

    Dated: New York, New York
         April  16 , 2020

SO ORDERED

_____
ANALISA TORRES
United States District Judge