USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/24/2020__

# Federal Defenders
## OF NEW YORK, INC.

52 Duan

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 22, 2020

By ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Lazaro Morales**
      **19 CR 900 (AT)**

Dear Judge Torres:

In light of the ongoing COVID-19 public health emergency, I write with the consent of the government to request an adjournment of Mr. Morales's May 13, 2020 sentencing hearing. I respectfully request that the sentencing hearing be adjourned for a period of approximately 90 days. This is the first request for an adjournment of sentencing. As stated above, the government consents to this request and would be available for a sentencing hearing approximately 90 days from the scheduled date.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735/ 917-612-2753

GRANTED. The sentencing scheduled for May 13, 2020 is ADJOURNED to **August 19, 2020**, at **2:00 p.m.** Defendant's sentencing submission is due two weeks prior to sentencing. The Government's sentencing submission is due one week prior to sentencing.

SO ORDERED.

Dated: April 24, 2020
       New York, New York

ANALISA TORRES
United States District Judge