# Federal Defenders
## OF NEW YORK, INC.

52 Duane Stree
Tel:

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/20

July 27, 2020

By ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Lazaro Morales**
    **19 CR 900 (AT)**

Dear Judge Torres:

In light of the ongoing COVID-19 public health emergency, I write with the consent of the government to request an adjournment of Mr. Morales's August 19, 2020 sentencing hearing. Mr. Morales has been diagnosed with hypertension, diabetes and obesity, all of which make him more susceptible to serious illness if exposed to COVID-19. Therefore, I respectfully request that his in-person sentencing hearing be adjourned for a period of approximately 90 days. This is the second request for an adjournment of sentencing. I am available for a sentencing hearing in November, *except* the week of November 23. As stated above, the government consents to this request and would be available for a sentencing hearing approximately 90 days from the scheduled date.

The sentencing scheduled for **August 19, 2020** is ADJOURNED to **November 17, 2020** at 2:00 p.m. Defendant's sentencing submission is due two weeks prior to sentencing. The Government's sentencing submission is due one week prior to sentencing.

SO ORDERED.

Dated: July 28, 2020
       New York, New York

Respectfully submitted,

_____/s/_____
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735/ 917-612-2753

_____
ANALISA TORRES
United States District Judge