USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2021

# Federal Defenders
## OF NEW YORK, INC.

52 Dua[...]

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 4, 2020

By ECF

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Lazaro Morales**
             **19 CR 900 (AT)**

Dear Judge Torres:

    In light of the ongoing COVID-19 public health emergency and the increase of COVID-19 cases in New York City, I write with the consent of the Government to request an adjournment of Mr. Morales's January 19 sentencing hearing to a date when the Court can safely conduct the hearing in person. This is the fourth request for an adjournment of sentencing. I am available for a sentencing hearing in February (*except* the week of February 8), March (*except* the week of March 15), and April (*except* the week of April 19). As noted above, the Government does not object to this request.

    Respectfully submitted,

    /s/
    Zawadi Baharanyi
    Assistant Federal Defender
    212-417-8735/ 917-612-2753

GRANTED. The sentencing scheduled for January 19, 2021, is ADJOURNED to **April 12, 2021**, at **2:00 p.m**. Defendant's sentencing submission is due two weeks prior to sentencing. The Government's submission is due one week prior to sentencing.

SO ORDERED.

Dated: January 4, 2021
       New York, New York

ANALISA TORRES
United States District Judge