USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/8/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LAZARO MORALES DELGADO,

                Defendant.

19 Cr. 900 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for June 10, 2021, at 1:00 p.m. shall take place in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge