# Federal Defenders
## OF NEW YORK, INC.

52 Du...

David E. Patton
*Executive Director
and Attorney-in-Chief*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2021

June 10, 2021

**BY FAX**

The Honorable Judge Analisa Torres
United States Courthouse
500 Pearl St.
New York, NY 10007

RE: **United States v. Lazaro Morales Delgado**
**19 CR 900 (AT)**

Dear Judge Torres:

I write to respectfully request that Your Honor order the United States Pretrial Services Office in the Southern District of New York to release Mr. Morales's Mexican passport and any other identification documents in in their possession. Mr. Morales was sentenced by this Court earlier today (June 10, 2021) and his criminal case is now complete.

Pretrial Services has informed me that Mr. Morales's passport can only be released pursuant to a Court order. Return of Mr. Morales's passport would help facilitate his return to Mexico.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
(212) 417-8735

GRANTED.

SO ORDERED.

Dated: June 11, 2021
   New York, New York

ANALISA TORRES
United States District Judge